# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:11-cr-066-LDG |
| v. | **ORDER** |
| DAVID FREEMAN, | |
|     Defendant. | |

    For good cause shown,

    THE COURT **ORDERS** that Defendant David Freeman's Unopposed Motion for Early Termination of Probation (#27) is GRANTED;

    THE COURT FURTHER **ORDERS** that, pursuant to 18 U.S.C. §3564(c), Defendant David Freeman's probation is terminated.

DATED this \_\_19\_\_ day of October, 2012.

_____
Lloyd D. George
United States District Judge